IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ERIK GARZA-FLORES<br>    FED. I.D. NO. 31551-179 | §<br>§<br>§ | |
| V. | § | C.A. NO. C-06-299 |
| | § | |
| JOE DRIVER | § | |

# FINAL JUDGMENT

Pursuant to this Court's Order Declining to Adopt Memorandum and Recommendations and Order of Dismissal, petitioner's § 2241 petition for habeas corpus relief is dismissed for failure to state a claim.  This is a Final Judgment.

ORDERED this 1st day of December, 2006.

_____
Janis Graham Jack
United States District Judge